808 A.2d 97

IN THE MATTER OF DAVID L. KERVICK,
AN ATTORNEY AT LAW.

October 28, 2002.

**ORDER**

This matter having been duly presented to the Court pursuant to *R.* 1:20–10(b), following a motion for discipline by consent of **DAVID L. KERVICK** of **NEWARK,** who was admitted to the bar of this State in 1975;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 8.4(b) (committing a criminal act that

reflects adversely on respondent's honesty, trustworthiness or fitness as a lawyer);

And the parties having agreed that respondent's conduct violated *RPC* 8.4(b) (committing a criminal act that reflects adversely on respondent's honesty, trustworthiness or fitness as a lawyer), and that said conduct warrants a three month suspension;

And the Disciplinary Review Board having determined that a three-month suspension is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *R.* 1:20–16(e);

And good cause appearing;

It is ORDERED that **DAVID L. KERVICK** of **NEWARK** is hereby suspended from the practice of law for a period of three months, effective November 19, 2002; and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.